No. 74–1560. UNITED STATES v. MARTINEZ-FUERTE ET AL. C. A. 9th Cir. [Certiorari granted, 423 U. S. 822]; and

No. 75–5387. SIFUENTES v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 423 U. S. 945.] Motion of the Solicitor General to consolidate these cases for oral argument granted and a total of 80 minutes allotted for that purpose. Counsel for petitioner in No. 75–5387 will open the argument and 20 minutes allotted for that purpose. The Solicitor General is allotted 40 minutes

for oral argument and counsel for respondent in No. 74–1560 allotted 20 minutes for oral argument.